MDR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abdulaziz Said Abdella,<br><br>           Petitioner,<br><br>v.<br><br>Luis Rosa, Jr., et al.,<br><br>           Respondents. | No. CV-26-01839-PHX-DJH (JFM)<br><br>**ORDER** |

Self-represented Petitioner Abdulaziz Said Abdella, who is confined in the Central Arizona Florence Correctional Complex filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention and a Petition for Restraining Order (Doc. 2).

In his Petition, Petitioner alleges that on September 8, 2025, an immigration judge ordered him removed to Ethiopia. Petitioner waived the right to appeal, and, therefore, the removal order became final on September 8, 2025. Petitioner contends it has been more than six months since he was ordered removed, he remains detained, and his removal is not reasonably foreseeable. Petitioner asserts his prolonged detention violates the Due Process Clause and he is entitled to release or a bond hearing pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001).

This is not, however, Petitioner's first § 2241 petition raising this claim. On December 19, 2025, Petitioner filed a § 2241 petition in *Abdella v. Rosas*, CV-25-04798-

PHX-DJH (JFM), raising the same issue.[1]  In that action, the Court ordered Respondents to respond to the petition.  Respondents filed a response, Petitioner did not file a reply, and the matter is referred to United States Magistrate Judge James F. Metcalf for a report and recommendation.

A successive habeas petition filed during the pendency of the first petition must be construed as a motion to amend the first petition.  *See Woods v. Carey*, 525 F.3d 886, 890 (9th Cir. 2008).  Accordingly, the Court will construe the Petition as a motion to amend the petition in CV-25-04798.  The Court will direct the Clerk of Court to close this action and file the Petition as a motion to amend in CV-25-04798.  The Court will deny as moot the Petition for Restraining Order.

**IT IS ORDERED:**

(1)   The Clerk of Court must **close** this action.

(2)   The Clerk of Court must **file** the Petition (Doc. 1) as a motion to amend in CV-25-04798-PHX-DJH (JFM).

(3)   Petitioner's Petition for Restraining Order (Doc. 2) is **denied as moot**.

Dated this 1st day of April, 2026.

_____
Honorable Diane J. Humetewa
United States District Judge

---

[1] At the time he filed the petition in CV-25-04798, Petitioner had been held more than 90 days after his removal order became final but less than 180 days.

- 2 -